IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No.: 13-1550-GMS |
| v. | ) ) | |
| TRW AUTOMOTIVE HOLDINGS CORP.; TRW AUTOMOTIVE U.S. LLC; TRW AUTOMOTIVE INC.; and ENTIRE SOLUTIONS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of TRW's Supplemental Responses and Objections to Bridgestone's Interrogatories Nos. 7, 8, 9 and 24, and this Notice were caused to be served on June 17, 2015, upon the following in the manner indicated:

**BY E-MAIL (by agreement of counsel)**

Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com

**BY E-MAIL**

Tara D. Elliott
Heath A. Brooks
Anna Bonny Chauvet
Arianna Evers
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
tara.elliott@wilmerhale.com
heath.brooks@wilmerhale.com
anna.chauvet@wilmerhale.com
arianna.evers@wilmerhale.com

Monica Grewal
Cynthia Vreeland
Rachel I. Gurvich
Robert D. Cultice
John V. Hobgood
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
monica.grewal@wilmerhale.com
cynthia.vreeland@wilmerhale.com
rachel.gurvich@wilmerhale.com
robrt.cultice@wilmerhale.com
john.hobgood@wilmerhale.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Samantha G. Wilson (No. 5816)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

K&L GATES
Michael J. Abernathy
Brian J. Arnold
Rebecca M. Cavin
Christopher E. Hanba
Margaret A. McGreal
Vivek Krishnan
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
(312) 372-1121

*Attorneys for TRW Automotive Holdings Corp., TRW Automotive U.S. LLC, TRW Automotive Inc., and EnTire Solutions, LLC*

Dated: June 17, 2015

01:17271058.1