**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,<br>          Plaintiff,<br><br>     v.<br><br>TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE U.S. LLC, TRW AUTOMOTIVE, INC., and ENTIRE SOLUTIONS, LLC,<br><br>          Defendants. | C.A. No. 13-1550-GMS<br><br>JURY TRIAL DEMANDED |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,<br>          Plaintiff,<br><br>     v.<br><br>SCHRADER-BRIDGEPORT INTERNATIONAL, INC. d/b/a SCHRADER INTERNATIONAL, INC.; SCHRADER ELECTRONICS LTD.; and SCHRADER ELECTRONICS, INC.,<br><br>          Defendants. | C.A. No. 13-763-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the appearance of Rachel Gurvich is withdrawn as counsel for Plaintiff Bridgestone Americas Tire Operations, LLC ("Bridgestone"). Bridgestone continues to be represented by the remaining counsel of record.

Dated: July 31, 2015

 /s/ Kenneth L. Dorsney  
Kenneth L. Dorsney (#3626)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, Delaware 19801  
(302) 888-6800  
kdorsney@morrisjames.com  

*Attorneys for Plaintiff Bridgestone Americas Tire Operations, LLC*